# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAREM KURBEGOVICH,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPUTY FBI DIRECTOR, POSTMASTER, FRESNO COUNTY,<br><br>        Defendants.<br>_____/ | CV F   04 6029 REC LJO P<br><br>ORDER DIRECTING CLERK OF THE COURT TO REDESIGNATE CASE TO REFLECT THAT OF REGULAR CIVIL CASE BY REMOVING "P" FROM CASE NUMBER |

On July 29, 2004, Plaintiff Muharem Kurbegovich filed the instant action naming the Deputy FBI Director and the Postmaster for Fresno County as Defendants.  The Clerk of the Court incorrectly designated the action as one involving a prisoner litigating the conditions of his confinement and assigned a "P" to the case number.  Upon further review of the Court, it has been determined that the present action does not involve prison conditions of confinement.  Therefore, the Clerk of the Court is DIRECTED to:

1.    Change the designation of the present case to reflect that of a regular civil action;

2.    Randomly assign new judges to the case; and

3.    Send a notice of the new case number to all parties in this action.

IT IS SO ORDERED.

**Dated:   November 23, 2005**           /s/ Lawrence J. O'Neill
b9ed48                                       UNITED STATES MAGISTRATE JUDGE