UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MUHAREM KURBEGOVICH, | ) | 1:04-CV-OWW SMS |
| | ) | |
| Plaintiff, | ) | ORDER RE: FINDINGS AND |
| | ) | RECOMMENDATION TO DENY |
| v. | ) | PLAINTIFF'S APPLICATION TO |
| | ) | PROCEED IN FORMA PAUPERIS AND TO |
| DEPUTY FBI DIRECTOR, et al., | ) | ORDER PLAINTIFF TO PAY THE |
| | ) | FILING FEE (DOCS. 12,2) |
| | ) | |
| Defendant | ) | ORDER DIRECTING PLAINTIFF TO PAY |
| _____ | ) | A $150.00 FILING FEE WITHIN |
| | | FIFTEEN DAYS OF SERVICE OF THIS |
| | | ORDER |

   Plaintiff is proceeding pro se and in forma pauperis with an action for damages and other relief concerning alleged civil rights violations against an unnamed postmaster and unnamed deputy FBI director. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. 636(b) and Local Rules 72-302 and 72-304.

   On January 9, 2006, the Magistrate Judge filed findings and recommendations that Plaintiff be denied leave to proceed in forma pauperis and be ordered to submit the $150.00[1] filing fee in full

---

[1]/ 1/The complaint was filed before legislation increasing the filing fee to $250.00 took effect.

1

within fifteen (15) days; and further, that if the fee is not timely paid, the action be dismissed without prejudice.  The findings and recommendations contained notice that any party might file objections within fifteen days after service of the findings and recommendations, and they were served in Plaintiff by mail on January 9, 2006.  Over fifteen days have passed since service, and no party has filed objections.

In accordance with the provisions of 28 U.S.C. 636(b)(1)© and <u>Britt v. Simi Valley United School Dist.,</u> 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case, Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 9, 2006, are ADOPTED IN FULL; and
2. The Court FINDS pursuant to 28 U.S.C. 1915(g) that Plaintiff IS INELIGIBLE to proceed in forma pauperis in the instant action, and the Court DENIES Plaintiff's request for an order permitting him to proceed in forma pauperis; and
3. The Court ORDERS Plaintiff to pay the $150.00 filing fee within fifteen (15) days, or the action will be dismissed without prejudice.

2

IT IS SO ORDERED.

Dated: March 1, 2006                 /s/ OLIVER W. WANGER
                                                OLIVER W. WANGER
                                                United States District Judge