UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MUHAREM KURBEGOVICH,

        Plaintiff,

   v.

DEPUTY FBI DIRECTOR, et al., et al.,

        Defendant

1:04-cv-6029 OWW SMS

ORDER DISMISSING ACTION WITHOUT PREJUDICE

The plaintiff having failed to comply with the Courts order dated March 1, 2006, this action is ordered dismissed without prejudice.

Dated: July 14, 2006        /s/ OLIVER W. WANGER
_____
OLIVER W. WANGER
United States District Judge

1