UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAREM KURBEGOVICH,<br><br>        Plaintiff,<br><br>  v.<br><br>DEPUTY FBI DIRECTOR, et al.,<br><br>        Defendants. | 1:05-cv-6029-OWW-SMS<br><br>ORDER RE: FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT (DOCS. 18, 19) |

    Plaintiff is a state prisoner who proceeded pro se to institute a civil proceeding for damages and other relief concerning alleged civil rights violations against an unnamed postmaster and unnamed deputy FBI director. On December 20, 2007, long after Plaintiff's case had been dismissed on July 18, 2006, Plaintiff filed a motion which the Court construed as a motion for relief from the judgment. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

    On May 15, 2008, the Magistrate Judge filed findings and recommendations that Plaintiff's motion be denied, and they were served on Plaintiff by mail on May 15, 2008. The findings and

1

recommendations provided that any objections could be filed within thirty days. Plaintiff filed objections on May 22, 2008. The undersigned has considered the objections and has determined there is no need to modify the findings and recommendations based on the points raised in the objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 15, 2008, are ADOPTED IN FULL; and

2. Plaintiff's motion for relief from judgment IS DENIED.

IT IS SO ORDERED.

Dated:   May 23, 2008                    /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE